Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300
*Attorneys for Antonio Porciello*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 11-330 (JLL) |
| -v- | |
| ANTONIO PORCIELLO | **ORDER PERMITTING ANTONIO PORCIELLO TO TRAVEL TO ITALY** |
| Defendant. | |

THIS MATTER having been brought before the Court on the application of Defendant, Antonio Porciello, by and through his counsel, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq. appearing), for an Order modifying Antonio Porciello's Conditions of Probation and Supervised Release (the "Conditions of Probation") to permit him to travel to Italy; and

WHEREAS, the Court sentenced Antonio Porciello to a two-year term of probation on February 2, 2012; and

WHEREAS, Antonio Porciello's Conditions of Probation restrict his travel to this judicial district without the permission of the Court or the United States Probation Office; and

WHEREAS, Antonio Porciello's nephew is to be married in Avellino, Italy on August 26, 2012, and Mr. Porciello wishes to travel to Italy with his wife and children to attend the wedding; and

WHEREAS, the Office of Probation for the United States District Court for the District of New Jersey (USPO Jessica Alberts appearing), and the United States Attorney's Office for the District of New Jersey (AUSA Charlton Rugg appearing) having indicated that they do no object to Mr. Porciello travelling to Italy to attend the wedding; and for good cause shown;

IT IS on this __19__ day of July, 2012,

ORDERED that Defendant Antonio Porciello's conditions of probation be and hereby are modified to permit him to travel to Italy between August 11, 2012, and August 30, 2012; and

IT IS FURTHER ORDERED that all other conditions of Defendant Antonio Porciello's Conditions of Probation are unmodified and unchanged.

_____
HON. JOSE L. LINARES, U.S.D.J.